**Dechert LLP**

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

**JONATHAN STREETER**

Jonathan.Streeter@dechert.com
+1 212 698 3826  Direct
+1 212 314 0049  Fax

March 5, 2025

**VIA ECF**

Honorable Ramon E. Reyes, Jr.
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Courtroom 2EN
Brooklyn, New York 11201

Re: *Approved Oil Co. of Brooklyn, Inc. v. Sprague HP Holdings LLC*, No. 1:25-cv-00242-RER-MMH

Dear Judge Reyes:

Plaintiff's counsel respectfully requests that the following individuals be authorized to bring in Personal Electronic Devices and General Purpose Computing Devices into the Courthouse for use during the March 6, 2025 oral argument regarding Plaintiff's Notice of Motion for Preliminary Injunction (ECF No. 008).  These individuals will comply in all respects with Administrative Order 2007-10.

| Individual | Device |
| --- | --- |
| Jonathan Streeter | 1 phone |
| Edward McDonald | 1 phone, 1 laptop |
| James Fishkin | 1 phone, 1 laptop |
| Erica Fruiterman | 1 phone, 1 laptop |
| Nicholas Gersh | 1 phone, 1 laptop |
| Sabrina Parisi | 1 phone, 1 laptop, 1 VGA-HDMI cord and adaptor |
| Ross Ufberg | 1 phone, 1 laptop |
| Tiffany Lewis | 1 phone, 1 laptop |



Honorable Ramon E. Reyes, Jr.
March 5, 2025
Page 2

Respectfully submitted,

*/s/ Jonathan Streeter*

Jonathan Streeter

*Counsel for Plaintiffs Approved Oil Co. of Brooklyn, Inc.*

cc:     All Counsel of Record (via ECF)