**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

APPROVED OIL CO. OF BROOKLYN, INC.,

        *Plaintiff*,

  -against-

SPRAGUE HP HOLDINGS LLC, SPRAGUE RESOURCES GP LLC, SPRAGUE RESOURCES LP, SPRAGUE OPERATING RESOURCES LLC, and 149TH LLC,

        *Defendants*.

-------------------------------------------------------- X

Civil Action No. 1:25-cv-00242-RER-MMH

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Approved Oil Co. of Brooklyn, Inc. and Defendants Sprague HP Holdings LLC, Sprague Resources GP LLC, Sprague Resources LP, Sprague Operating Resources LLC, and 149th LLC (collectively, "Sprague"), that all of Plaintiff's claims against Sprague are hereby dismissed with prejudice from the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without interest to any party and with each party to bear its own attorneys' fees and costs.

Dated: April 28, 2025

By: */s/ Jonathan R. Streeter*
Jonathan R. Streeter
Jonathan.Streeter@dechert.com
Edward A. McDonald
Edward.McDonald@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: +1 212 698 3826
Facsimile: +1 212 698 3599

James A. Fishkin (admitted *pro hac vice*)
James.Fishkin@dechert.com
Erica Fruiterman (admitted *pro hac vice*)
Erica.Fruiterman@dechert.com
1900 K Street, NW
Washington, DC 20006
Telephone: +1 202 261 3421
Facsimile: +1 202 261 3333

*Counsel for Plaintiff Approved Oil Co. of Brooklyn, Inc.*

By: */s/ James H. Weingarten*
James H. Weingarten
Anastasia Pastan (*pro hac vice*)
Ari Blask (*pro hac vice*)
MILBANK LLP
1850 K Street, NW
Suite 1100
Washington, DC 20006
Telephone: (202) 835-7525
jweingarten@milbank.com
apastan@milbank.com
ablask@milbank.com

Fiona Schaeffer
Emme Tyler
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5651
fschaeffer@milbank.com
etyler@milbank.com

*Counsel for Defendants Sprague HP Holdings LLC, Sprague Resources GP LLC, Sprague Resources LP, Sprague Operating Resources LLC, and 149th LLC*